

**U.S. Department of Justice**

---

| United States Attorney's Office | Civil Rights Division |
|---|---|
| District of New Jersey | Housing and Civil Enforcement Section |

| | | | |
|---|---|---|---|
| *U.S. Mail:* | 970 Broad Street 7th Floor | *U.S. Mail:* | 950 Pennsylvania Avenue, NW - G St. |
| | Newark, New Jersey 07102 | | Washington, DC  20530 |
| *Telephone:* | (973) 645-2700 | *Overnight:* | 150 M Street, NE |
| *Facsimile:* | (973) 645-2702 | | 8th Floor |
| | | | Washington, DC  20002 |
| | | *Telephone:* | (202) 514-4713 |
| | | *Facsimile:* | (202) 514-1116 |

September 28, 2022

By ECF
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *United States v. Lakeland Bank*, Civil Action No. 2:22-cv-05746

Your Honor:

In lieu of a more formal motion, the parties jointly submit the attached proposed consent order for review and entry by the Court. The proposed consent order would, if approved by the Court, resolve the above-referenced action in full. Counsel for Lakeland Bank has reviewed and consents to the filing of this letter and proposed order.

Respectfully submitted,

| | |
|---|---|
| PHILIP R. SELLINGER | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| | Civil Rights Division |
| *s/ Michael E. Campion* | |
| MICHAEL E. CAMPION | SAMEENA SHINA MAJEED |
| Chief | Chief |
| *s/ Susan Millenky* | JON M. SEWARD |
| SUSAN MILLENKY | Principal Deputy Chief |
| Assistant U.S. Attorney | |
| Civil Rights Division | *s/ Marta Campos* |
| U.S. Attorney's Office | MARTA CAMPOS |
| | *s/ Jennifer A. Slagle Peck* |
| | JENNIFER A. SLAGLE PECK |

                                                  Trial Attorneys
                                                  Housing & Civil Enforcement Section
                                                  Civil Rights Division
                                                  U.S. Department of Justice

Attachment

cc:    John J. Gorman (By ECF and Electronic Mail)
        Gary A. Lax (By ECF and Electronic Mail)
        Agata S. Troy (By ECF and Electronic Mail)

*Counsel for Lakeland Bank*