## **CERTIFICATE OF SERVICE**

      I, Susan Millenky, Assistant United States Attorney for the District of New Jersey, hereby certify that on September 28, 2022, copies of the foregoing letter and proposed order were served on counsel for all parties by electronic mail and ECF.

Dated: Newark, New Jersey
      September 28, 2022

                                        *s/ Susan Millenky*
                                        SUSAN MILLENKY
                                        Assistant United States Attorney