AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-05746-CCC-ESK |
| Lakeland Bank | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America.

Date:   05/22/2025

/s/ Marta Campos
*Attorney's signature*

Marta Campos, DC Bar 440680
*Printed name and bar number*
U.S. Department of Justice, Civil Rights Division
Housing & Civil Enforcement Section
950 Pennsylvania Ave., NW -- 4CON
Washington, DC 20530
*Address*

marta.campos@usdoj.gov
*E-mail address*

(202) 514-4713
*Telephone number*

(202) 514-1116
*FAX number*