UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>LAKELAND BANK,<br><br>      Defendant. | Civil Action No. 2:22-cv-05746-CCC |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned hereby moves pursuant to Local Civ. R. 102.1 to withdraw as counsel in this matter. The United States will continue to be represented by other counsel who have appeared in this matter.

Dated: May 22, 2025

                   Respectfully submitted,

                   *s/ Susan Millenky*
                   SUSAN MILLENKY
                   Assistant U.S. Attorney
                   U.S. Attorney's Office
                   970 Broad Street, Suite 700
                   Newark, NJ 07102
                   Phone: (973) 297-2067
                   Fax: (973) 297-2010
                   Email. susan.milllenky@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I filed the foregoing via CM/ECF, causing a copy to be sent to all counsel of record.

*s/ Susan Millenky*
SUSAN MILLENKY
