UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>LAKELAND BANK,<br><br>*Defendant.* | Civil Action No. 2:22-cv-5746-CCC |

## [PROPOSED] ORDER TERMINATING CONSENT ORDER AND DISMISSING WITH PREJUDICE

The United States of America having moved the Court to terminate the Consent Order and dismiss this matter with prejudice, and with Lakeland Bank consenting to the motion, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that, with the consent of the United States and Lakeland Bank, the Consent Order in this case is TERMINATED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this ____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE