Benjamin Geffen
Daniel Urevick-Ackelsberg*
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1308
bgeffen@pubintlaw.org
*Attorneys for Proposed Amici Curiae*
**Pro hac vice* application to be filed

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>LAKELAND BANK,<br><br>*Defendant*. | Civil Action No. 2:22-cv-5746-CCC |

**MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE TO OPPOSE MOTION TO TERMINATE CONSENT ORDER AND DISMISS WITH PREJUDICE**

On July 7, 2025, or on any other date as determined by the Court, New Jersey Citizen Action Education Fund,[1] Housing Equality Center of Pennsylvania,

---

[1] Pursuant to Local Rule of Civil Procedure 10.1, the address of New Jersey Citizen Action Education Fund is 625 Broad Street, Suite 270, Newark, NJ. The address of the Housing Equality Center of Pennsylvania is P.O. Box 558, Fort Washington, PA 19034. The address of the National Fair Housing Alliance is 1331 Pennsylvania Ave, NW #650, Washington, DC 20004.

1

and National Fair Housing Alliance seek this Motion for Leave to Participate as Amici Curiae To Oppose Motion to Terminate Consent Order and Dismiss with Prejudice, before the Honorable Claire C. Cecchi, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102.

In support of their motion, Proposed Amici Curiae attach a proposed order, a memorandum of law in support of their motion, and the proposed Amici Curiae brief and exhibits.

Dated: June 1, 2025

Respectfully submitted,

By: /s/ Benjamin Geffen
Benjamin Geffen
Daniel Urevick-Ackelsberg*
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1308
bgeffen@pubintlaw.org

*Attorneys for Proposed Amici Curiae*

*Pro hac vice* application to be filed

## CERTIFICATE OF SERVICE

I, Benjamin Geffen, hereby certify that on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

Dated: June 1, 2025                                By: /s/ Benjamin Geffen
                                                   Benjamin Geffen