UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. LAKELAND BANK, *Defendant*. | Civil Action No. 2:22-cv-5746-CCC |

**ORDER**

AND NOW, on this _____ day of _____, 2025, and in consideration of Proposed Amici's Motion for Leave to Participate as Amici Curiae to Oppose Motion to Terminate Consent Order and Dismiss with Prejudice, and any responses thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

The Clerk shall docket the Proposed Brief (ECF No. _____) and Exhibit (ECF No. _____).

_____
Hon. Claire C. Cecchi