Benjamin Geffen
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1308
bgeffen@pubintlaw.org
*Attorney for Proposed Amici Curiae*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>LAKELAND BANK,<br><br>*Defendant*. | Civil Action No. 2:22-cv-5746-CCC |

## MOTION FOR PRO HAC VICE ADMISSION OF DANIEL UREVICK-ACKELSBERG

Pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for District of New Jersey, on July 7, 2025, or on any other date as determined by the Court, before the Honorable Claire C. Cecchi, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, Benjamin Geffen, counsel for Proposed Amici Curiae New Jersey Citizen Action Education Fund, Housing Equality Center of Pennsylvania, and the National Fair Housing

1

Alliance, respectfully moves for an Order allowing Daniel Urevick-Ackelsberg to appear *pro hac vice* in this matter, and avers as follows:

The Public Interest Law Center, where I practice along with Mr. Urevick-Ackelsberg, has been retained to represent Proposed Amici. My appearance was entered on June 1, 2025, and I will continue to appear in this matter, including accepting service of all notices, orders, and pleadings.

By email of June 2, 2025, I asked counsel for the parties for their positions on this motion. Counsel from the United States Department of Justice responded that "[t]he Department does not object to the filing of this motion." Counsel for Lakeland Bank have not responded as of the filing of this motion.

As explained in his declaration, Mr. Urevick-Ackelsberg is a member of the bars of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. He further certifies that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

Upon granting of this motion, Mr. Urevick-Ackelsberg will make payment of $250 for admission to the Clerk of the United States District Court for the District of New Jersey, and payment to the New Jersey Lawyers' Fund for Client Protection.

Mr. Urevick-Ackelsberg has read and reviewed the Local Rules of this Court and is familiar with, will comply with, and be governed by the Rules of Professional Conduct and the other ethical requirements governing the professional behavior of members of the New Jersey Bar.

In support of the motion, I attach a declaration and a proposed Order.

Dated: June 3, 2025                    Respectfully submitted,

By: /s/ Benjamin Geffen
Benjamin Geffen

PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1308
bgeffen@pubintlaw.org

*Attorney for Proposed Amici Curiae*
*New Jersey Citizen Action Education Fund,*
*Housing Equality Center of Pennsylvania,*
*and the National Fair Housing Alliance*

3

## CERTIFICATE OF SERVICE

I, Benjamin Geffen, hereby certify that on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

Dated: June 3, 2025

By: /s/ Benjamin Geffen
Benjamin Geffen