UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>LAKELAND BANK,<br><br>*Defendant*. | Civil Action No. 2:22-cv-5746-CCC |

**[PROPOSED] ORDER**

**AND NOW,** on this _____ day of _____, 2025, in consideration of the Motion seeking leave for Daniel Urevick-Ackelsberg, Esq. to appear before this Court *pro hac vice* as an attorney for Proposed Amici Curiae New Jersey Citizen Action Education Fund, Housing Equality Center of Pennsylvania, and the National Fair Housing Alliance, it is **ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Daniel Urevick-Ackelsberg, Esq. be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Civil Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Benjamin Geffen, Esq. who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held

responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that unless previously paid for in the current calendar year, Daniel Urevick-Ackelsberg, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order, enclosing with payment a completed Form PHV-15, which can be found at njcourtsonline.com; and it is further

**ORDERED** that, pursuant to Local Civil Rule 101.1(c)(3), Daniel Urevick-Ackelsberg, Esq. shall make a payment of $250.00 to the Clerk, United States District Court, within twenty (20) days from the date of the entry of this order; and it is further

**ORDERED** that Daniel Urevick-Ackelsberg, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and it is further

**ORDERED** that, pursuant to Local Civil Rule 101.1(c)(4), Daniel Urevick-Ackelsberg, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that local counsel, Benjamin Geffen, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court, for *pro hac vice* counsel to receive electronic notifications in this matter.

**SO ORDERED.**

_____
**Hon. Claire C. Cecchi**
**UNITED STATES DISTRICT JUDGE**