UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

LAKELAND BANK,

*Defendant.*

Civil Action No. 2:22-cv-5746-CCC

### DECLARATION OF DANIEL UREVICK-ACKELSBERG

1. My name is Daniel Urevick-Ackelsberg. I am a senior attorney at the Public Interest Law Center, where I have been engaged to represent Proposed Amici in this matter.

2. I am admitted to the following bars:

    a. <u>Commonwealth of Pennsylvania</u> (admitted: 2009)

      Supreme Court of Pennsylvania
      414 Grant Street
      City-County Building
      Suite 801
      Pittsburgh, PA 15219

    b. <u>U.S. District Court for the Eastern District of Pa.</u> (admitted: 2010)

      Office of the Clerk
      James A. Byrne U.S. Courthouse
      601 Market Street
      Philadelphia, PA 19106

1

    c. <u>United States Court of Appeals for the Third Circuit</u> (admitted: 2017)

        Office of the Clerk
        United States Court of Appeals for the Third Circuit
        21400 U.S. Courthouse
        601 Market Street
        Philadelphia, PA 19106-1790

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of New Jersey and am familiar with, will comply with, and be governed by the Rules of Professional Conduct and the other ethical requirements governing the professional behavior of members of the New Jersey Bar.

5. Upon my admission, I will make appropriate payment to the Clerk of the United States District Court for the District of New Jersey and pay the appropriate annual fee to the New Jersey Lawyers' Fund for Client Protection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2025

Daniel Urevick-Ackelsberg