AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-cv-05746 |
| Lakeland Bank | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lakeland Bank.

Date:   06/09/2025

/s/ Jehan A. Patterson
*Attorney's signature*

Jehan A. Patterson (NJ Bar. No. 033312006)
*Printed name and bar number*
Covington & Burling LLP
850 10th Street N.W.
Washington, DC 20001

*Address*

jpatterson@cov.com
*E-mail address*

(202) 662-6000
*Telephone number*

(202) 778-5606
*FAX number*