**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Jehan A. Patterson

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5187
jpatterson@cov.com

**By ECF**                                                                                         June 12, 2025

Hon. Claire C. Cecchi                                      Hon. Stacey D. Adams
United States District Judge                          United States Magistrate Judge
Martin Luther King Building                        Frank Lautenberg Post Office & U.S.
& U.S. Courthouse                                         Courthouse
Newark, NJ 07102                                           Newark, NJ 07102

   **Re: United States of America v. Lakeland Bank (No. 2:22-cv-5746-CCC-SDA)**

Dear Judges Cecchi and Adams:

   As reflected in the notice filed on June 9, 2025 (ECF 12), Covington & Burling LLP was recently retained to represent Defendant Lakeland Bank[1] in the above-captioned case.

   We write to seek clarification with respect to the briefing schedule on the unopposed motion for termination filed on May 28, 2025, by the U.S. Department of Justice (ECF 9), and on the motion for leave to appear *amicus curiae* filed on June 1, 2025, by the New Jersey Citizen Action Education Fund, Housing Equality Center of Pennsylvania, and National Fair Housing Alliance (ECF 10).

   On June 9, 2025, the Clerk's office issued an automatically generated message on the docket stating that the motion for leave to appear *amicus curiae* is set for July 7, 2025, before Judge Adams and that, "[u]nless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required."

   Based on this Order, we understand that only the motion for leave to appear *amicus curiae* (and not the substance of proposed *amici*'s brief, ECF 10-3) is set for consideration on July 7, 2025. Lakeland intends to oppose the motion for leave to appear *amicus curiae*. In accordance with Local Civil Rule 7.1(d), Lakeland will file its opposition by June 23, 2025.

   In the event the Court denies the motion for leave to appear *amicus curiae*, Lakeland requests that the Court proceed to grant the Government's unopposed motion to terminate the Consent Order and dismiss this case with prejudice (ECF 9).

---

[1] Lakeland Bank was acquired by Provident Bank on May 16, 2024.

**COVINGTON**

Judges Cecchi and Adams
June 12, 2025
Page 2

      In the event the Court grants the motion for leave to appear *amicus curiae*, Lakeland would be prepared to respond to the merits in proposed *amici*'s brief on any schedule that is convenient to the Court.

Respectfully submitted,

*s/ Jehan A. Patterson*
Jehan A. Patterson

cc: all Parties and Counsel of Record (by ECF)