Jehan A. Patterson
D. Jean Veta (*pro hac vice forthcoming*)
Nikhil V. Gore (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
jpatterson@cov.com

*Attorneys for Defendant*
*Lakeland Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LAKELAND BANK,<br><br>　　　　　　　　　　　Defendant. | Civil Action No. 2:22-cv-5746-CCC-SDA |

**CERTIFICATION OF D. JEAN VETA, ESQ. IN SUPPORT OF MOTION FOR**
***PRO HAC VICE* ADMISSION**

I, D. Jean Veta, Esq., of full age, hereby certify as follows:

1.　I am an attorney at law in the District of Columbia and senior counsel at the law firm of Covington & Burling LLP in Washington, DC. I make this certification in support of the motion by defendant Lakeland Bank ("Lakeland")[1] seeking my *pro hac vice* admission in this matter.

---

[1] Lakeland Bank was acquired by Provident Bank on May 16, 2024.

2. I am a member in good standing of the Bar of the District of Columbia entitled to practice law before the District of Columbia Court of Appeals. Please see the attached Certificate of Good Standing. I am also a member in good standing of the following federal bars: (1) the United States Supreme Court, (2) the U.S. Court of Appeals for the D.C. Circuit, (3) the U.S. Court of Appeals for the First Circuit, (4) the U.S. Court of Appeals for the Fourth Circuit, (5) the U.S. Court of Appeals for the Eighth Circuit, (6) the U.S. Court of Appeals for the Ninth Circuit, (7) the U.S. Court of Appeals for the Tenth Circuit, (8) the U.S. Court of Appeals for the Eleventh Circuit, (9) the U.S. District Court for the District of Columbia, (10) the U.S. District Court for the Eastern District of Arkansas, and (11) the U.S. District Court for the Western District of Arkansas.

3. Lakeland is represented in this matter by Jehan A. Patterson of Covington & Burling LLP. Lakeland has requested that I also represent them in this case.

4. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I respectfully request that I be admitted to appear and practice before this Court in this matter.

6. I hereby designate Jehan A. Patterson of Covington & Burling LLP, trial bar member of this Court, as local counsel pursuant to Local Rule 101.1(c), and as attorney of record.

7. If this application to appear *pro hac vice* is granted, I agree to abide by the Rules governing this Court, including but not limited to Local Rule 101.1(c).

8.     In accordance with Local Rule 101.1(c)(2), I agree to make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and to make such other payments to the Clerk of the Court as required by Local Rule 101.1(c).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:  June 13, 2025

                                            By: *s/ D. Jean Veta*
                                                   D. Jean Veta
                                          COVINGTON & BURLING LLP
                                          850 Tenth Street NW
                                          Washington, DC 20001
                                          (202) 662-6000
                                          jveta@cov.com



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# D. Jean Veta

*was duly qualified and admitted on December 18, 1981 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 09, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**