Jehan A. Patterson
D. Jean Veta (*pro hac vice forthcoming*)
Nikhil V. Gore (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
jpatterson@cov.com

*Attorneys for Defendant
Lakeland Bank*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 2:22-cv-5746-CCC-SDA |
| Plaintiff, | |
| vs. | |
| LAKELAND BANK, | |
| Defendant. | |

**CERTIFICATION OF JEHAN A. PATTERSON, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

I, Jehan A. Patterson, Esq., of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey, the State of New York, and the District of Columbia, and I am admitted to practice before this Court, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the District of Columbia, the United States District Court for the Central District of Illinois, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the District of Columbia

Circuit.  I am of counsel at the law firm of Covington & Burling LLP, counsel of record for defendant Lakeland Bank ("Lakeland").[1]

2. I make this Certification in support of Lakeland's motion to have D. Jean Veta, Esq. admitted to this Court *pro hac vice* in this matter.

3. As indicated in her accompanying certification, Ms. Veta certified that she is a member in good standing of the Bar of the District of Columbia and an attorney with the law firm of Covington & Burling LLP in Washington, DC.  Her certification otherwise meets the requirements of the Local Civil Rules for the District of New Jersey.

4. I have agreed to work with Ms. Veta and to be responsible for the conduct of this case and ensure that the requirements of L. Civ. R. 101.1(c) are met.  I will sign all pleadings and appear at court conferences.  All opposing counsel may communicate with me, and all papers regarding this matter may be served upon me as lead counsel.

5. If admitted, Ms. Veta will contribute to the New Jersey Client Protection Fund in accordance with Local Rule 101.1(c)(2), and will continue to do so as required by the Court Rules.

6. Counsel for plaintiff the United States of America consents to the *pro hac vice* admission of Ms. Veta in this matter.

---

[1] Lakeland Bank was acquired by Provident Bank on May 16, 2024.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

DATED: June 13, 2025

By: *s/ Jehan A. Patterson*
Jehan A. Patterson
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
jpatterson@cov.com