Jehan A. Patterson
D. Jean Veta (*pro hac vice forthcoming*)
Nikhil V. Gore (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
jpatterson@cov.com

*Attorneys for Defendant*
*Lakeland Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAKELAND BANK,<br><br>Defendant. | Civil Action No. 2:22-cv-5746-CCC-SDA |

**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF NIKHIL V. GORE, ESQ.**

PLEASE TAKE NOTICE that on July 7, 2025, or at such other time as the Court may consider this application, defendant Lakeland Bank ("Lakeland")[1] will move before the Hon. Stacey D. Adams, U.S.M.J., pursuant to Local Civil Rule 101.1, for the *pro hac vice* admission of out-of-state attorney Nikhil V. Gore, Esq.

---

[1] Lakeland Bank was acquired by Provident Bank on May 16, 2024.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Lakeland shall rely upon the accompanying Certification of Jehan A. Patterson, Esq. and the Certification of *pro hac vice* counsel Nikhil V. Gore, Esq.  A proposed order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that plaintiff the United States of America consents to this motion.

DATED: June 13, 2025

> By: *s/ Jehan A. Patterson*
> Jehan A. Patterson
> COVINGTON & BURLING LLP
> 850 Tenth Street NW
> Washington, DC 20001
> (202) 662-6000
> jpatterson@cov.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, a copy of the Notice of Motion for *Pro Hac Vice* Admission of Nikhil V. Gore, Esq., and supporting papers were served via ECF upon all counsel of record.

By: *s/ Jehan A. Patterson*
Jehan A. Patterson

DATED:   June 13, 2025