Jehan A. Patterson
D. Jean Veta (*pro hac vice forthcoming*)
Nikhil V. Gore (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
jpatterson@cov.com

*Attorneys for Defendant*
*Lakeland Bank*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAKELAND BANK,<br><br>Defendant. | Civil Action No. 2:22-cv-5746-CCC-SDA |

## CERTIFICATION OF NIKHIL V. GORE, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Nikhil V. Gore, Esq., of full age, hereby certify as follows:

1.     I am an attorney at law in the District of Columbia and a partner at the law firm of Covington & Burling LLP in Washington, DC.  I make this certification in support of the motion by defendant Lakeland Bank ("Lakeland")[1] seeking my *pro hac vice* admission in this matter.

---

[1] Lakeland Bank was acquired by Provident Bank on May 16, 2024.

2.      I am a member in good standing of the Bars of the District of Columbia, New York, and Massachusetts.  Please see the attached Certificates of Good Standing.

3.      Lakeland is represented in this matter by Jehan A. Patterson of Covington & Burling LLP.  Lakeland has requested that I also represent them in this case.

4.      There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5.      I respectfully request that I be admitted to appear and practice before this Court in this matter.

6.      I hereby designate Jehan A. Patterson of Covington & Burling LLP, trial bar member of this Court, as local counsel pursuant to Local Rule 101.1(c), and as attorney of record.

7.      If this application to appear *pro hac vice* is granted, I agree to abide by the Rules governing this Court, including but not limited to Local Rule 101.1(c).

8.      In accordance with Local Rule 101.1(c)(2), I agree to make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and to make such other payments to the Clerk of the Court as required by Local Rule 101.1(c).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:  June 13, 2025

By: _s/ Nikhil V. Gore_
      Nikhil V. Gore
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
ngore@cov.com



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Nikhil Vikas Gore*

*was duly qualified and admitted on April 7, 2014 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my***
***name and affixed the seal of this***
***Court at the City of***
***Washington, D.C., on June 09, 2025.***

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

    *I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Nikhil Vikas Gore

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 19, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on June 9, 2025.*

*Clerk of the Court*

*CertID-00235856*



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

_____

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston

within and for said County of Suffolk, on      **November 28, 2011**,

said Court being the highest Court of Record in said Commonwealth:

## Nikhil Vikas Gore

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this   **tenth**      day of   **June**

in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County