## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br>v.<br><br>LAKELAND BANK,<br><br>　　　　*Defendant*. | Civil Action No. 2:22-cv-5746-CCC |

### NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURT**:

Please enter the appearance of Eli Segal of Stapleton Segal Cochran LLC as counsel for *Amici Curiae* New Jersey Citizen Action Education Fund, Housing Equality Center of Pennsylvania, and the National Fair Housing Alliance in the above-captioned litigation.

　　　　　　　　　　　　　　　　　　**STAPLETON SEGAL COCHRAN LLC**

June 13, 2025　　　　　　　　　　　By: /s/ *Eli Segal*
　　　　　　　　　　　　　　　　　　Eli Segal (NJ ID 030792007)
　　　　　　　　　　　　　　　　　　Four Greentree Centre
　　　　　　　　　　　　　　　　　　601 Route 73 N, Suite 303
　　　　　　　　　　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　　　　　　　　　　215.402.6555
　　　　　　　　　　　　　　　　　　esegal@stapletonsegal.com

　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae New Jersey Citizen Action Education Fund, Housing Equality Center of Pennsylvania, and the National Fair Housing Alliance*