UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>v.<br><br>LAKELAND BANK,<br><br>    *Defendant*. | Civil Action No. 2:22-cv-5746-CCC |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURT**:

Please enter the appearance of John S. Stapleton of Stapleton Segal Cochran LLC as counsel for *Amici Curiae* New Jersey Citizen Action Education Fund, Housing Equality Center of Pennsylvania, and the National Fair Housing Alliance in the above-captioned litigation.

                          **STAPLETON SEGAL COCHRAN LLC**

June 13, 2025                  By:  /s/ *John S. Stapleton*
                                      John S. Stapleton (NJ ID 032622005)
                                      Four Greentree Centre
                                      601 Route 73 N, Suite 303
                                      Marlton, NJ 08053
                                      856.272.3603
                                      jstapleton@segalstapleton.com

                                      *Counsel for Amici Curiae New Jersey Citizen*
                                      *Action Education Fund, Housing Equality Center*
                                      *of Pennsylvania, and the National Fair Housing*
                                      *Alliance*