UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>LAKELAND BANK<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 2:22-cv-5746-CCC-SDA |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                                                                  s/ Jehan A. Patterson

                                                                                                   Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: D. Jean Veta

Address: Covington & Burling LLP

850 Tenth Street NW

Washington, DC 20001

E-mail: jveta@cov.com

(One email address only)

DNJ-CMECF-002