# Exhibit 1



May 28, 2025

**VIA EMAIL**

Marta Campos, Esq.
Regulatory Coordinator for Fair Lending
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20002

**VIA EMAIL**

Re:  United States of America v. Lakeland Bank
     Civil Action No. 2:22-cv-05746

**Acceptance of Proposed Consent Order Dismissal**

Dear Ms. Campos:

I am writing in response to the letter of May 27, 2025, wherein the Department of Justice has proposed to dismiss the Consent Order filed as a result of the above captioned matter.

As outlined in that letter, the Department of Justice noted that Provident Bank has spent 56% of the required $12 million loan subsidy and has asked for Provident Bank's commitment to spend the full amount of that subsidy in the manner required under the Consent Order.

As has been noted in past discussions, Provident Bank sees the benefit of this mortgage loan subsidy to underserved communities and will commit to the spending of the remaining amount under the subsidy.

I would like to take this opportunity to thank you for the courtesies given to Lakeland Bank, Provident Bank and me, personally. You are a true professional.

If you have any questions or comments regarding the above, please do not hesitate to contact me at (973) 370-2879 or via email at brendan.eccleston@provident.bank.

Regards,

**PROVIDENT BANK**

By: *Brendan Eccleston*
Brendan Eccleston, Esq.
SVP and Deputy General Counsel