UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s),<br><br>v.<br><br>**LAKELAND BANK**<br>Defendant(s) | REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION<br><br>Civil Action No. 2:22-cv-5746 (CCC) (SDA) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Daniel Urevick-Ackelsberg

Firm: Public Interest Law Center

Address: 2 Penn Center
1500 JFK Blvd, Suite 802
Philadelphia, PA 19102

Email: dackelsberg@pubintlaw.org

Phone: 267-546-1316

Admitted on behalf of: Amici Curiae