AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:22-cv-05746-CCC |
| Lakeland Bank | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                     .

Date:  12/10/2025                                          /s/ Jennifer Slagle Peck
                                                                         *Attorney's signature*

                                                              Jennifer Slagle Peck, DC Bar 990596
                                                                   *Printed name and bar number*

                                                         U.S. Department of Justice, Civil Rigths Division
                                                              Housing & Civil Enforcement Section
                                                                         150 M Street, NE
                                                                       Washington, DC 20002
                                                                                *Address*

                                                               jennifer.slagle.peck@usdoj.gov
                                                                         *E-mail address*

                                                                         (202) 532-3895
                                                                       *Telephone number*

                                                                         (202) 514-1116
                                                                            *FAX number*