UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br> v.<br><br>LAKELAND BANK,<br><br>    *Defendant*. | Civil Action No. 2:22-cv-5746-CCC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby moves pursuant to Local Civ. R. 102.1 to withdraw as counsel in this matter. The United States will continue to be represented by other counsel who have appeared in this matter.

Dated: December 10, 2025

                Respectfully submitted,

                /s/ Marta Campos
                MARTA CAMPOS
                (DC Bar No. 440680)
                Trial Attorney
                Housing & Civil Enforcement Section
                Civil Rights Division
                U.S. Department of Justice
                150 M Street, NE
                Washington, DC 20530
                Phone: (202) 598-0459
                Fax: (202) 514-1116
                marta.campos@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing via CM/ECF, causing a copy to be sent to all counsel of record.

*/s/ Marta Campos*
Counsel for United States
