## CERTIFICATE OF SERVICE

I, Benjamin Geffen, hereby certify that on this date, I caused the foregoing brief, which is a true and correct copy of the filing originally docketed as ECF No. 10-3, to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

Dated: December 23, 2025					By: /s/ Benjamin Geffen
							Benjamin Geffen