Eli Segal
John S. Stapleton
STAPLETON SEGAL COCHRAN LLC
1760 Market Street, Suite 403
Philadelphia, PA 19103
215-561-1500
esegal@stapletonsegal.com

Benjamin Geffen
Daniel Urevick-Ackelsberg (*pro hac vice*)
PUBLIC INTEREST LAW CENTER
1617 John F. Kennedy Blvd, Suite 1650
Philadelphia, PA 19103
267-546-1308
bgeffen@pubintlaw.org

Attorneys for *Amici Curiae*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>LAKELAND BANK,<br><br>　　　　*Defendant.* | Civil Action No. 2:22-cv-5746-CCC<br><br>**Motion Day: March 16, 2026** |

### *AMICI CURIAE*'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN REPLY TO UNITED STATES' AND DEFENDANT'S BRIEFS IN <u>SUPPORT OF DISMISSAL</u>

PLEASE TAKE NOTICE *Amici Curiae* New Jersey Citizen Action Education

Fund, Housing Equality Center of Pennsylvania, and the National Fair Housing

Alliance will move before the Honorable Claire C. Cecchi, U.S.D.J., on March 16, 2026, for an Order granting leave to file their Omnibus Brief in Reply to United States' and Defendant's Briefs in Support of Dismissal, a copy of which is attached as Exhibit A.

A Brief is not necessary in support of this Motion because the Motion is unopposed and Local Rule 7.1(d)(3) allows for a party to file a brief in reply. However, in an abundance of caution, and in recognition of the unique nature of the briefing sequence in this matter, *Amici Curia* seeks the Court's permission to file in the event that their Brief constitutes a sur-reply under Local Rule 7.1(d)(6). The United States and Defendant Lakeland Bank do not oppose.

Dated: February 11, 2026          Respectfully submitted,

By: */s/ Eli Segal*
Eli Segal
John S. Stapleton
STAPLETON SEGAL COCHRAN LLC
1760 Market Street, Suite 403
Philadelphia, PA 19103
215-561-1500
esegal@stapletonsegal.com

Benjamin Geffen
Daniel Urevick-Ackelsberg (pro hac vice)
PUBLIC INTEREST LAW CENTER
1617 John F. Kennedy Blvd, Suite 1650
Philadelphia, PA 19103
267-546-1308
bgeffen@pubintlaw.org

Attorneys for *Amici Curiae*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I, Eli Segal, hereby certify that on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

Dated: February 11, 2026                    By: */s/ Eli Segal*　　　　　
                                                                    Eli Segal