# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>LAKELAND BANK,<br><br>*Defendant*. | Civil Action No. 2:22-cv-5746-CCC<br><br>**Motion Day: March 16, 2026** |

**ORDER**

AND NOW, on this _____ day of _____ *Amici Curiae*'s Unopposed Motion for Leave to File Brief in Reply to United States' and Defendant's Briefs in Support of Dismissal, it is hereby **ORDERED** that the Motion is **GRANTED.** The Clerk shall docket the Proposed Brief.

_____
**Hon. Claire C. Cecchi, U.S.D.J.**
